```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
SIA AKVAŠIPS,                             :
                        Plaintiff,        :
                                          :     09 Civ. 4223 (DLC)
            -v-                           :
                                          :           ORDER
DUCK MARITIME CORP., (a/k/a DUCK          :
MARITIME S.A.) and INTERAGROEXPORT LTD.,  :
                                          :
                        Defendants.       :
----------------------------------------- X
```

DENISE COTE, District Judge:

For the reasons stated on the record, it is hereby

ORDERED that defendants' July 17, 2009 motion to compel counter-security is granted in the amount of $699,656.74.

SO ORDERED:

Dated:   New York, New York
         August 13, 2009

                                   _____
                                            DENISE COTE
                                   United States District Judge